UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES EDWARDS,

    Petitioner,

v.

DAVID BAUGHMAN,

    Respondent.

Case No. 17-cv-06469-SI

**ORDER EXTENDING DEADLINES**

Re: Dkt. No. 19

Respondent has filed an *ex parte* request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Peggy Ruffra, the court GRANTS respondent's request. (Docket No. 19.) Respondent must file and serve his response to the petition no later than **July 6, 2018.** Petitioner must file and serve his traverse no later than **August 3, 2018.**

**IT IS SO ORDERED**.

Dated: June 12, 2018

SUSAN ILLSTON
United States District Judge