UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EDWARDS,<br>Petitioner,<br>v.<br>DAVID BAUGHMAN,<br>Respondent. | Case No. 17-cv-06469-SI<br><br>**ORDER DENYING SECOND REQUEST FOR APPOINTMENT OF COUNSEL**<br>Re: Dkt. No. 25 |

Petitioner has requested that counsel be appointed to represent him in this action. A district court may appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require" and such person is financially unable to obtain representation. 18 U.S.C. § 3006A(a)(2)(B). The decision to appoint counsel is within the discretion of the district court. *See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986). Appointment is mandatory only when the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations. *See id.* The interests of justice do not require appointment of counsel at this time. The request for appointment of counsel is DENIED. Docket No. 25.

**IT IS SO ORDERED**.

Dated: June 28, 2018

SUSAN ILLSTON
United States District Judge