UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EDWARDS,<br>　　　　Petitioner,<br>　　v.<br>DAVID BAUGHMAN,<br>　　　　Respondent. | Case No. 17-cv-06469-SI<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is denied.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 26, 2019

　　　　　　　　　　　　　　　　　　　　　　
SUSAN ILLSTON
United States District Judge